# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 16, 2019

Mr. David Crews
Northern District of Mississippi, Oxford
United States District Court
911 Jackson Avenue
Room 369
Oxford, MS 38655

    No. 19-60038   USA v. Maurice Clifton
                       USDC No. 3:97-CR-6-1

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Allison G. Lopez, Deputy Clerk
                                      504-310-7702

cc w/encl:
    Mr. Maurice Clifton
    Mr. Paul David Roberts