IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-60038
_____

UNITED STATES OF AMERICA,

   Plaintiff - Appellee

v.

MAURICE CLIFTON,

   Defendant - Appellant

**A True Copy**
**Certified order issued Jul 16, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court for the
Northern District of Mississippi

_____

CLERK'S OFFICE:

Under 5ᵀᴴ Cɪʀ. R. 42.3, the appeal is dismissed as of July 16, 2019, for want of prosecution. The appellant failed to timely comply with certificate of appealability requirements and to pay the fee.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

*Allison Lopez*

                By: _____
                Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT